UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHEE SUM NG,

                                      Plaintiff,

          -against-

KING HENRY REALTY INC., WONG TUNG,
and POON LUT MEI,

                                      Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/16

**ORDER TO SHOW CAUSE**

16-Civ. 00013 (PAE)

Upon the annexed affidavits of CHEE SUM NG, sworn to the 2nd day of January, 2016, NELSON CHAN, sworn to the 4th day of January, 2016, and the affirmation of ANITA WU, dated January 4, 2016, the annexed Memorandum of Law, the attached exhibits and upon all the proceedings heretofore had herein, let the Defendants or Defendants' attorneys show cause before me ~~or one of the Judges of this Court~~, at a Motion Term of the Federal District Court for the Southern District of New York, Room 1305, located at 500 Pearl Street, in the County of New York, City and State of New York, on the 6th day of January, 2016, at ~~9:30~~ 9 a.m. o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, why an Order should not be made, pursuant to 28 U.S.C. § 2202 and the F.R.C.P. 65 and 54:

    1)    Granting a preliminary injunction staying Defendants KING HENRY REALTY INC., POON LUT MEI, and WONG TUNG, and from taking any action to remove from operation the sole elevator located at 173 Henry Street, New York, NY 10002 ("173 Henry Street);

    2)    Granting an order staying Defendants from harassing Plaintiff in retaliation for enforcing his rights; and

    3)    Granting such other and further relief as may be just and proper.

## WAIVER OF SECURITY

Based upon Plaintiff's indigent status, the requirement of FRCP 65 (c) is waived.

## TEMPORARY RESTRAINING ORDER

Pending the hearing and determination of this motion, LET Defendants KING HENRY REALTY INC., POON LUT MEI, and WONG TUNG be stayed from taking any action to remove from operation the elevator located at 173 Henry Street, New York, NY 10002 and from harassing Plaintiff in retaliation for enforcing his rights; and

SUFFICIENT CAUSE THEREFOR APPEARING, LET personal service, delivery to an authorized agent, delivery and mail to Defendants' actual place of business, or delivery by mail to the address designated with the New York Department of State of a copy of this order, together with a copy of the affidavits annexed thereto, on Defendants on or before the _immediately by all_ _____ day of January, 2016, be sufficient. _Service is to be made immediately by all available means._ PAE

Proof of service of these papers is to be filed with the Court on or before the _5th_ day of January 2016.

Dated:   January 4, 2016
         New York, NY

_Paul A. Engelmayer_
UNITED STATES DISTRICT JUDGE

2